**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



FILED

MAY 31 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| FRANK VARELA, on behalf of himself and all other similarly situated,<br><br>      Plaintiff-Appellee,<br><br> v.<br><br>LAMPS PLUS, INC.; LAMPS PLUS CENTENNIAL, INC.; LAMPS PLUS HOLDINGS, INC.; DOES, 1 through 10, inclusive,<br><br>      Defendants-Appellants. | No. 16-56085<br><br>D.C. No.<br>5:16-cv-00577-DMG-KS<br><br><br><br>ORDER* |

On Remand from the United States Supreme Court

Before:  FERNANDEZ and WARDLAW, Circuit Judges.

In light of the Supreme Court's decision in *Lamps Plus, Inc. v. Varela*, No.

17-988, 2019 WL 1780275 (U.S. Apr. 24, 2019), the memorandum disposition of

this Court dated August 3, 2017, is **VACATED**, and judgment is entered

**REVERSING** the district court's judgment. We remand this case to the district

court for further proceedings consistent with the Supreme Court's opinion.

  **REVERSED and REMANDED.**

---

   *  This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.